NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DANIEL J. NOBLITT,**

*Appellant*

---

2015-1876

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/738,257.

---

**JUDGMENT**

---

DANIEL J. NOBLITT, The Noblitt Group, PLLC, Scottsdale, AZ, argued pro se.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 21, 2016                    /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk of Court